**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ADRIANNA C.<br>Plaintiff<br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of the Social Security Administration,<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br><br><br>NO. 26-1935 |

**ORDER**

**AND NOW**, this 23rd day of November 2026, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 10) is **GRANTED.**

It is further **ORDERED** that this case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), so that the ALJ can reconsider whether the April 22, 2022 opinion of state psychological consultant, Erin Nicole Urbanowicz, Psy.D., that Plaintiff would be limited to performing only one-to-step tasks at work, R. 91, ought to included in the RFC assessment. In doing so, the ALJ shall not repeat the mistake of asserting that this limitation is not vocationally defined.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge